**Abatement Order filed July 15, 2015.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-15-00414-CV

———————

## IN RE SOUTHERN AMERICAN INSURANCE AGENCY, INC., AL MCCLURE, DALINA ST. LAWRENCE, AND GWEN CROSBY, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
125th District Court
Harris County, Texas
Trial Court Cause No. 2013-58394**

---

## ABATEMENT ORDER

On May 7, 2015, relators Southern American Insurance Agency, Inc., Al McClure, Dalina St. Lawrence, and Gwen Crosby filed a petition for writ of mandamus in this court. Relators Hull and Company, Inc., Karen Noyes, and Cindy Winchcombe subsequently joined in the petition for writ of mandamus.

On May 13, 2015, this court requested a response to the petition for writ of mandamus. On May 22, 2015, the real parties in interest filed an agreed motion for extension of time to file their response, as the parties intended to mediate. This court granted the motion, and extended the deadline for the real parties to respond until July 15, 2015.

On July 14, 2015, the real parties in interest filed a second agreed motion for extension of time to file their response. In the motion, the real parties inform this court that they have reached a settlement. The parties therefore request a second extension of their response deadline while they seek the trial court's approval of the settlement. *See* Tex. R. Civ. P. 44(2).

Considering the circumstances, we instead ORDER that this original proceeding is abated, treated as a closed case, and removed from this court's active docket until October 15, 2015. The original proceeding will be reinstated on this court's active docket at that time, or at such time as any party files a motion to dismiss the original proceeding or supplements the mandamus record to include the trial court's order dismissing the underlying suit.

Should a response still be necessary when this original proceeding is reinstated, this court will set a deadline for the real parties to respond at that time. Accordingly, the real parties' motion for extension of time to respond is denied as moot.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.